DANIEL B. ROSENBAUM (DCBN 179259)
MATTHEW C. HICKS (VABN 48377)
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 862-5032
Telephone: (202) 862-7852
Facsimile: (202) 429-3301
E-mail: dbr@capdale.com
E-mail: mh@capdale.com

DAVID B. PORTER (SBN 155347)
WOOD & PORTER, P.C.
333 Sacramento Street
San Francisco, CA 94111
Telephone: (415) 834-1800
Facsimile: (415) 834-1888
Email: porter@woodporter.com

Attorneys for Scott Cathcart, Plaintiff

ORIGINAL FILED
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E filing

IN THE UNITED STATES DISCTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 08 3784

| SCOTT CATHCART | |
|---|---|
| Plaintiff, | Civil No. |
| v. | **COMPLAINT** |
| UNITED STATES OF AMERICA, | DEMAND FOR JURY TRIAL |
| Defendant. | |

Scott Cathcart, pursuant to 26 U.S.C. §§ 6703 and 7422, brings this civil action for a determination that he is not liable for penalties assessed against him by the Internal Revenue Service pursuant to 26 U.S.C. § 6700 and to obtain a refund of the amounts he paid towards those erroneous penalties. In support, he alleges the following:

**JURISDICTION**

1. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1346 and 26 U.S.C. § 6703.

///

2. Scott Cathcart ("Cathcart"), the plaintiff, resides in Marin County, California, and is subject to the jurisdiction of this court.

3. The United States, defendant, is subject to the jurisdiction of this court.

## INTRADISTRICT ASSIGNMENT

4. A substantial part of the events or omissions which give rise to this claim occurred in the city and county of San Francisco.

## ERRONEOUS § 6700 PENALTIES

5. On December 28, 2007, the Internal Revenue Service assessed penalties against Cathcart pursuant to 26 U.S.C. § 6700 ("I.R.C. § 6700") for each of the calendar years 1997 through 2005 in amounts totaling over $8,000,000.

6. On January 18, 2008, Cathcart remitted to the IRS nine checks of $1000, each in payment of the penalty for one divisible activity for each of the years 1997 through 2005.

7. On January 25, 2008, Cathcart filed claims for refund and abatement of the § 6700 penalties for each of the years 1997 through 2005.

8. On July 8, 2008, the IRS disallowed the claims for refund and abatement and amended the assessment amounts to a small degree.

9. Cathcart did not organize (or assist in the organization of) a partnership or other entity, any investment plan or arrangement, or any other plan or arrangement in any of the years 1997 through 2005 while engaging in conduct described in I.R.C. § 6700(a)(2).

10. Cathcart did not participate (directly or indirectly) in the sale of any interest in an entity or plan or arrangement in any of the years 1997 through 2005 while engaging in conduct described in I.R.C. § 6700(a)(2).

11. Cathcart did not make or furnish or cause another person to make or furnish (in connection with an organization or sale described in I.R.C. § 6700(a)(1)) a statement with respect to the allowability of any deduction or credit, the excludability of any income, or the securing of any other tax benefit by reason of holding an interest in the entity or participating in the plan or arrangement which he knew or had reason to know was false or fraudulent as to any material matter in any of the years 1997 through 2005.

COMPLAINT

12. Cathcart did not make or furnish or cause another person to make or furnish (in connection with an organization or sale described in I.R.C. § 6700(a)(1)) a gross valuation overstatement as to any material matter in any of the years 1997 through 2005.

### DEMAND FOR JURY TRIAL

13. Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Cathcart demands a jury trial.

**WHEREFORE**, Cathcart respectfully asks the Court for entry of judgment:

A. Determining that Cathcart is not liable for the Section 6700 penalties assessed against him for any of the years 1997 through 2005;

B. Ordering the IRS to refund in full, with interest, any amounts applied toward the Section 6700 penalties for which Cathcart is not liable; and

C. Granting any further relief, including costs and attorneys' fees, which the Court deems appropriate.

Dated: August 7, 2008

DANIEL B. ROSENBAUM
MATTHEW C. HICKS
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 862-5032
Telephone: (202) 862-7852

_____
DAVID B. PORTER
WOOD & PORTER, P.C.
333 Sacramento Street
San Francisco, CA 94111
Telephone: (415) 834-0117

Attorneys for Plaintiff

3

COMPLAINT