| Clerk's Use Only |
|---|
| Initial for fee pd.: |

MATTHEW C. HICKS
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005 / 202-862-7852

RECEIVED
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SCOTT CATHCART

Plaintiff(s),

v.

UNITED STATES OF AMERICA

Defendant(s).

CV 08  3784
CASE NO.

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

E-filing

Pursuant to Civil L.R. 11-3, MATTHEW C. HICKS, an active member in good standing of the bar of THE SUPREME COURT OF VIRGINIA, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing SCOTT CATHCART in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

DAVID B. PORTER, Wood & Porter, 333 Sacramento Street
San Francisco, CA 94111 Telephone: 415-834-0117

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/6/08

[signature]

UNITED STATES DISTRICT COURT

Northern District of California

SCOTT CATHCART

                      Plaintiff(s),

    v.

UNITED STATES OF AMERICA

                      Defendant(s).

CASE NO.

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

MATTHEW C. HICKS , an active member in good standing of the bar of THE SUPREME COURT OF VIRGINIA whose business address and telephone number (particular court to which applicant is admitted) is

Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005 / 202-862-7852

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Scott Cathcart, plaintiff .

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                          United States District    Judge