| Clerk's Use Only |
|---|
| Initial for fee pd.: |

DANIEL B. ROSENBAUM
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005 / 202-862-5032

**RECEIVED AUG 7 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SCOTT CATHCART

Plaintiff(s),

v.

UNITED STATES OF AMERICA

_____ Defendant(s). _____/

CV 08 3784 WHA
CASE NO.

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

E-filing

Pursuant to Civil L.R. 11-3, DANIEL B. ROSENBAUM, an active member in good standing of the bar of WASHINGTON, DC, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing SCOTT CATHCART in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
    DAVID B. PORTER, Wood & Porter, 333 Sacramento Street
    San Francisco, CA 94111 Telephone: 415-834-0117

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/6/08

*/s/ Daniel B. Rosenbaum*

UNITED STATES DISTRICT COURT

Northern District of California

SCOTT CATHCART

Plaintiff(s),

v.

UNITED STATES OF AMERICA

Defendant(s).
_____/

CASE NO.

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

DANIEL B. ROSENBAUM , an active member in good standing of the bar of
WASHINGTON, DC  whose business address and telephone number
(particular court to which applicant is admitted)
is
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC  20005 / 202-862-5032
having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Scott Cathcart, plaintiff .

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District    Judge