E-Filing

UNITED STATES DISTRICT COURT

Northern District of California

SCOTT CATHCART

CASE NO. C08-3784 WHA

Plaintiff(s),

v.

UNITED STATES OF AMERICA

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s).

DANIEL B. ROSENBAUM, an active member in good standing of the bar of WASHINGTON, DC whose business address and telephone number (particular court to which applicant is admitted) is

Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005 / 202-862-5032

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Scott Cathcart, plaintiff.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 18, 2008.

_____
United States District    Judge