IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SCOTT CATHCART                )
                              )
        Plaintiff,            )
                              )
    v.                        )    Civil No. 3:08-cv-03784-WHA
                              )
                              )
UNITED STATES                 )
                              )    **ORDER**
                              )
        Defendant.            )

The Plaintiff has filed a Voluntary Petition for Relief, under Chapter 7 of the Bankruptcy Code, in the U.S. Bankruptcy Court, Northern District of California. Accordingly, further proceedings in this matter are stayed. Therefore, the Parties are relieved from filing a Joint Case Management Statement, and the Case Management Scheduling Conference scheduled for November 13, 2008, is hereby postponed until the automatic stay is no longer in effect.

IT IS SO ORDERED THIS __10__ day of November 2008.

*IT IS SO ORDERED AS MODIFIED*
*Judge William Alsup*

_____
WILLIAM ALSUP
United States District Judge

A case management conference will be held **Thursday, November 5, 2009**, at 11:00 a.m. The parties should file a joint case management statement seven days in advance.