IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CATHCART,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>                                      / | No. C 08-03784 WHA<br><br>**ORDER RE MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL** |

      Plaintiff Scott Cathcart brought this action on August 7, 2008, to obtain a refund of what he claims were erroneously imposed tax penalties he paid the IRS. An automatic stay of this matter has been in effect since November 10, 2008, due to plaintiff's bankruptcy. Attorneys Daniel B. Rosenbaum and Matthew C. Hicks of Caplin & Drysdale and David B. Porter of Wood & Porter now move to withdraw as counsel for plaintiff pursuant to Local Rule 11-5. Good cause has not been shown to grant the motion to withdraw. Plaintiff's attorneys must submit the reasons they seek to withdraw before their motion may be granted.

      **IT IS SO ORDERED.**

Dated: February 1, 2010.

                                                WILLIAM ALSUP<br>                                                UNITED STATES DISTRICT JUDGE