DANIEL B ROSENBAUM (DCBN 179259)
MATTHEW C. HICKS (VABN 48377)
 CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Telephone: (202) 862-5032
Telephone: (202) 862-7852
Facsimile: (202) 429-3301
E-mail: dbr@capdale.com
E-mail: mh@capdale.com
DAVID B. PORTER (SBN 155347)
 WOOD & PORTER
333 Sacramento Street
San Francisco, CA 94111
Telephone: (415) 834-0117
Facsimile: (415) 834-1888
E-mail: porter@woodporter.com
Attorneys for Scott Cathcart, Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CATHCART, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | No. 3:08-cv-03784-WHA <br><br> **MOTION TO WITHDRAW** |

Pursuant to Civil Rule 11-5 of the Local Rules of the United States District Court for the Northern District of California, Daniel B. Rosenbaum and Matthew C. Hicks of Caplin & Drysdale and David P. Porter of Wood & Porter (collectively, "the attorneys") resubmit their motion to withdraw as counsel for the plaintiff in this action. In support of their motion, the attorneys state the following

1. The attorneys have given Mr. Cathcart reasonable written notice of their intent to withdraw, and he knowingly and freely assents to termination of their employment. *See* Cal.

Motion to Withdraw

Rule of Prof'l Conduct R. 3-700(C)(5) (counsel may withdraw if client knowingly and freely assents to termination of employment).

2. Mr. Cathcart has breached an agreement with the attorneys regarding expenses and fees. *See* Cal. Rule of Prof'l Conduct R. 3-700(C)(1)(f) (counsel may withdraw if client breaches an agreement or obligation to attorney as to expenses or fees).

3. Mr. Cathcart will not be prejudiced by the attorneys' withdrawal at this stage of the proceedings. The case is currently stayed during his bankruptcy, and the parties are not obligated to take any action until April 29, 2010, when the case management statement is due.

4. Mr. Cathcart intends to proceed *pro se* and would like papers to be served on him at the following address:

>Scott D. Cathcart
>P.O. Box 484
>Ross, CA 94957

5. The attorneys have given counsel for the defendant reasonable written notice of their intent to withdraw, and the defendant does not object to their motion.

For these reasons, the attorneys respectfully ask the Court to grant the motion to withdraw.

Dated: February 19, 2010

/s/ Matthew C. Hicks
DANIEL B. ROSENBAUM, *Pro Hac Vice*
MATTHEW C. HICKS, *Pro Hac Vice*
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Telephone: (202) 862-5032
Telephone: (202) 862-7852

/s/ David B. Porter
DAVID B. PORTER
Wood & Porter
333 Sacramento Street
San Francisco, CA 94111
Telephone: 415-834-0117

Motion to Withdraw

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SCOTT CATHCART, )
        Plaintiff, ) No. 3:08-cv-03784-WHA
        v. )
UNITED STATES OF AMERICA, ) **ORDER GRANTING**
        Defendant. ) **MOTION TO WITHDRAW**

Daniel B. Rosenbaum and Matthew C. Hicks of Caplin & Drysdale and David P. Porter of Wood & Porter (collectively, "the attorneys") have moved to withdraw as counsel for the plaintiff in this action. Good cause having been shown, the Motion to Withdraw is GRANTED, and the representation of the plaintiff in this matter by Caplin & Drysdale and Wood & Porter is terminated.

**IT IS SO ORDERED.**

Date: ~~February~~ , 2010.
      March 18

*IT IS SO ORDERED*
*Judge William Alsup*

Motion to Withdraw

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Motion to Withdraw* and the accompanying proposed order were served upon each of the following on February 19, 2010, by operation of the Court's electronic case filing system or by first-class mail, postage prepaid:

Scott D. Cathcart
P.O. Box 484
Ross, CA 94957

Nathan E. Clukey
U.S. Department of Justice
Civil Tax Division
Post Office Box 7238
Washington, D.C. 20044

Dated: February 19, 2010

/s/ Matthew C. Hicks
MATTHEW C. HICKS, *Pro Hac Vice*
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Telephone: (202) 862-7852