IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT CATHCART,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.
                                  /

No. C 08-03784 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

      The Court hereby **GRANTS** a continuance of the case management conference to **SEPTEMBER 23, 2010, AT 11:00 A.M.** Please file a case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: July 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE